UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

Felicia Gross and Kenneth Gross,

                      Plaintiffs,                      **ORDER**

        -against-                         18 Civ. 3579 (AEK)

David Derhagopian,

                      Defendant.
---------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      In accordance with the Court's prior order, ECF No. 78, Plaintiffs were to provide the Court with a status update regarding the proceeding on the pending motion to quash in the Middle District of Florida by **January 11, 2021**.  To date, nothing has been filed.  Plaintiffs are to file a status update by the close of business tomorrow, **January 20, 2021**.  Plaintiffs' failure to do so may result in the Court lifting the stay, deeming discovery to be concluded, and setting a briefing schedule on Defendant's motion for summary judgment.

Dated: January 19, 2021
       White Plains, New York

                                               **SO ORDERED.**

                                               _____
                                               ANDREW E. KRAUSE
                                               United States Magistrate Judge