UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Felicia Gross and Kenneth Gross,

                Plaintiffs,            **ORDER**

      -against-                         18 Civ. 3579 (AEK)

David Derhagopian,

                Defendant.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

The briefing schedule for Defendant's motion for summary judgment set forth in the Court's March 19, 2021 Order (ECF No. 89) is hereby extended as follows:

- Defendant is to serve and file his moving papers by **May 3, 2021;**
- Plaintiffs are to serve and file their opposition by **June 2, 2021**; and
- Defendant is to serve and file his reply by **June 14, 2021**.

If Plaintiffs decide to file a cross-motion for summary judgment, the briefing schedule is hereby extended as follows:

- Defendant is to serve and file his moving papers by **May 3, 2021**;
- Plaintiffs are to serve a single brief containing their opposition to the motion and their cross-motion by **June 2, 2021**;
- Defendant is to serve and file a single brief containing his reply in further support of his motion and his opposition to Plaintiffs' cross-motion by **July 2, 2021**; and

1

- o Plaintiffs are to serve and file their reply in further support of their cross-motion by **July 23, 2021**.

Dated: April 20, 2021
White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge