**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
FELICIA GROSS and KENNETH GROSS,

                            Plaintiffs,

            -against-                                      18 **CIVIL** 3579 (AEK)

                                                      <u>**JUDGMENT**</u>

DAVID DERHAGOPIAN,

                            Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated March 8, 2023, Defendant's motion for summary

judgment (ECF No. 99) is GRANTED, and the action is dismissed with prejudice.

**Dated:**  New York, New York

      March 9, 2023

                                                  **RUBY J. KRAJICK**

                                              _____

                                               **Clerk of Court**

                  **BY:**        K. Mango

                                              _____

                                               **Deputy Clerk**